UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **17-20559** CR-ALTONAGA
/GOODMAN

IN RE SEALED INDICTMENT

_____/

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the foregoing Indictment, arrest warrant, and any resulting order be SEALED until the arrest of the defendant, or until further order of this Court, excepting the United States Attorney's Office and the Department of Homeland Security, which may obtain copies of any Indictment, arrest warrant, or other sealed document for purposes of arrest, extradition, or any other necessary cause, for the reasons that the integrity of the ongoing investigation might be compromised, and the defendant might flee should knowledge of this Indictment become public.

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

BY: _____
Joshua S. Rothstein
Court ID No. A5502111
99 N. E. 4th Street
Miami, Florida 33132-2111
TEL (305) 961-9208
Joshua.Rothstein@usdoj.gov