UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **17-20559**-CR-ALTONAGA/GOODMAN

IN RE SEALED INDICTMENT

_____/

## SEALED ORDER

The United States of America, having applied to this Court for an Order sealing the Indictment and this order, and the Court finding good cause:

IT IS HEREBY ORDERED that the Indictment, arrest warrant, and this Order shall be filed under seal until the arrest of the defendant or until further order of this Court, except that, the United States Attorney's Office and the Department of Homeland Security may obtain copies of any Indictment, arrest warrant, or other sealed document for purposes of arrest, extradition, or any other necessary cause.

DONE AND ORDERED in chambers at Miami, Florida, this 8th day of Aug, 2017.

HON. PATRICK A. WHITE
UNITED STATES MAGISTRATE JUDGE

cc:   Joshua S. Rothstein, Assistant United States Attorney