## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. **17-20559** CR-ALTONAGA

*GOODMAN

18 U.S.C. § 1029(a)(2)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 1029(c)(1)(C)
18 U.S.C. § 982(a)(2)(B)

AUG 09 2017

UNITED STATES OF AMERICA

vs.

JATAVIA SHAKARA JOHNSON,

    Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Use of Unauthorized Access Devices
### (18 U.S.C. § 1029(a)(2))

From on or about September 3, 2016, through on or about April 4, 2017, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### JATAVIA SHAKARA JOHNSON,

did knowingly, and with the intent to defraud, use one or more unauthorized access devices, that is, credit card account numbers issued to other persons, during any one-year period, and by such conduct did obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(2).

## COUNTS 2-8
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about the dates enumerated as to each count below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### JATAVIA SHAKARA JOHNSON,

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), that is, knowingly, and with intent to defraud, using one or more unauthorized access devices, that is, credit card account numbers issued to other persons, during any one-year period, and by such conduct obtaining anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, as charged in Count 1, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, as specified in each count below:

| Count | Approximate Date and Time | Means of Identification |
|---|---|---|
| 2 | 9/3/2016 at 5:56 PM | GAP credit card account number ending in -1235, issued to "R.E." |
| 3 | 9/3/2016 at 7:58 PM | GAP credit card account number ending in -1235, issued to "R.E." |
| 4 | 4/3/2017 at 6:42 PM | GAP credit card account number ending in -3504, issued to "C.C." |
| 5 | 4/3/2017 at 6:45 PM | GAP credit card account number ending in -3504, issued to "C.C." |
| 6 | 4/4/2017 at 2:10 PM | GAP credit card account number ending in -3504, issued to "C.C." |
| 7 | 4/4/2017 at 2:53 PM | GAP credit card account number ending in -3504, issued to "C.C." |

2

| Count | Approximate Date and Time | Means of Identification |
|---|---|---|
| 8 | 4/4/2017 at 8:48 PM | GAP Visa credit card account number ending in -1155, issued to "P.H." |

In violation of Title 18, United States Code, Section 1028A(a)(1).

## FORFEITURE ALLEGATIONS

1.    The allegations in this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **JATAVIA SHAKARA JOHNSON**, has an interest.

2.    Upon conviction of a violation of Title 18, United States Code, Section 1029, as alleged in this Indictment, the defendant shall forfeit the following to the United States of America:

(a)    all property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and

(b)    any personal property used, or intended to be used, to commit such offense, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

3.    The property which is subject to criminal forfeiture includes, but is not limited to, the following: a forfeiture money judgment which is equal in value to any property that constitutes or is derived from proceeds obtained as a result of violations alleged in this Indictment, and any personal property that was used or intended to be used to commit or facilitate the commission of the violations alleged in this Indictment.

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, as made applicable by Title

3

18, United States Code, Sections 982(b)(1) and 1029(c)(2).

A TRUE BILL

_____

FORE

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

JOSHUA S. ROTHSTEIN
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

JATAVIA SHAKARA JOHNSON,

**Defendant.**

_____ /

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division**: (Select One)

| | | | |
|---|---|---|---|
| _X_ | Miami | ___ Key West | |
| ___ | FTL | ___ WPB | ___ FTP |

New Defendant(s)          Yes _____ No ____
Number of New Defendants          =====
Total number of counts          =====

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:     (Yes or No)          No
     List language and/or dialect          _____

4.   This case will take     _2-3_     days for the parties to try.

5.   Please check appropriate category and type of offense listed below:
     (Check only one)                    (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0  to  5 days | _X_ | Petty | _____ |
| II | 6  to 10 days | _____ | Minor | _____ |
| III | 11 to 20 days | _____ | Misdem. | _____ |
| IV | 21 to 60 days | _____ | Felony | _X_ |
| V | 61 days and over | _____ | | |

6.   Has this case been previously filed in this District Court?   (Yes or No)   No
If yes:
Judge:                                   Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?          (Yes or No)   No
If yes:
Magistrate Case No.                      _____
Related Miscellaneous numbers:           _____
Defendant(s) in federal custody as of    _____
Defendant(s) in state custody as of      _____
Rule 20 from the District of             _____
Is this a potential death penalty case? (Yes or No)          No

7.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?     Yes _____   No_X_

8.   Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?     Yes _____   No_X_

JOSHUA S. ROTHSTEIN
ASSISTANT UNITED STATES ATTORNEY
COURT ID NO. A5502111

*Penalty Sheet(s) attached

REV 4/8/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:__ JATAVIA SHAKARA JOHNSON_____**

**Case No**: _____

Count #: 1

Use of Unauthorized Access Devices_____

Title 18, United State Code, Section 1029(a)(2)_____

**\* Max. Penalty**:        10 Years' Imprisonment_____

Counts #: 2-8

Aggravated Identity Theft_____

Title 18, United States Code, Section 1028A(a)(1)_____

**\* Max. Penalty**:        2 Years' Imprisonment (consecutive to any other sentence)_____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**