UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20559-CR-ALTONAGA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JATAVIA SHAKARA JOHNSON,

    Defendant.
_____/

## SEALED NOTICE PLACING DEFENDANT IN FUGITIVE STATUS

It appearing that the above-named Defendant is a fugitive from justice, the Clerk is directed to remove this case from the Court's Pending Case List and place this case on the Clerk's Fugitive Case List.

DATED:    August 25, 2017

STEVEN LARIMORE, CLERK OF COURT

By:    /s/ Patricia Snead
    Deputy Clerk