# MINUTE ORDER

Page 13

## Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3      Date: 8.29.17      Time: 1:30 p.m.

Defendant: JATAVIA SHAKARA JOHNSON    J#: _____    Case #: 17-20559-CR-ALTONAGA SEALED
AUSA: John Younger                          Attorney: AFPD - Eric Cohen
Violation: USE OF UNAUTHORIZED ACCESS DEVICES    Surr/Arrest Date: 8.29.17    YOB: 1992

Proceeding: Initial Appearance (Govt)    CJA Appt: _____
Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond: $50k 10%
Bond Set at: temp Bond of $50k 10%    Co-signed by: _____

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [x] Random urine testing by Pretrial Services / Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: _____
- [x] Other: No Employment w/ access devices or access to personal information

Language: English

Disposition:
Rights
Case Unsealed
Sworn
AFPD
temp Bond

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing: 8/31    10 AM    Duty    Miami
Prelim/Arraign or Removal: 8/31
Status Conference RE:
D.A.R. 14:32:07                Time in Court: 10 MINS

s/ JONATHAN GOODMAN
Magistrate Judge