# COURT MINUTES

## Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3     Date: 8/31/17     Time: 10:00 a.m.

---

**Defendant:** Jatavia Shakara Johnson    **J#:** 16486-104    **Case #:** 17-20559-CR-ALTONAGA/GOODMAN
**AUSA:** Trinity Jordan    **Attorney:** AFPD Aron Rezinshir(?)
**Violation:** ACCESS DEVICE FRAUD
**Proceeding:** ARRAIGNMENT/BOND    **CJA Appt:**
**Bond/PTD Held:** ☐ Yes ☒ No    **Recommended Bond:** TEMP $50,000 10%
**Bond Set at:** Stip $25K 10% w/Nebbia    **Co-signed by:** Aunt - Ashika Scott

- ☒ Surrender and/or do not obtain passports/travel docs
- ☒ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☒ Maintain or seek full-time employment/education — NO Employment w/ Credit cards or access devices
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☒ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☒ Travel extended to: SDFL-SD/PA
- ☐ Other: ___

**Language:** English

**Disposition:**
Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

STIP Bond
Court Adopts

Nebbia Satisfied

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
**Report RE Counsel:**
**PTD/Bond Hearing:**
**Prelim/Arraign or Removal:**
**Status Conference RE:**
**D.A.R.** 10:10:04     **Time in Court:** 3 mins