**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  17-20559-CR-ALTONAGA**

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**JATAVIA SHAKARA JOHNSON**,

    Defendant.
_____/

**ORDER SETTING TRIAL DATE**

THE ABOVE CAUSE is hereby set for **Criminal Jury Trial** at 400 North Miami Avenue, Courtroom 12-2, Miami, Florida, during the two-week period commencing **October 16, 2017**, or as soon thereafter as the case may be called.  A **Calendar Call** will be held at **9:00 a.m. on Tuesday, October 10, 2017** at the same location.  All pre-trial motions and motions *in limine* must be filed by **September 28, 2017**.  Each party is limited to filing one motion *in limine*; if there is more than one Defendant, Defendants shall file a combined motion.  Motions *in limine* may exceed the page limits allowed by the Rules.

It is further **ORDERED** as follows:

1. All requests for Writs *Ad Testificandum* must be filed not later than 14 business days prior to the first day of the scheduled trial period.

2. All responses pursuant to the Standing Discovery Order and/or Local Rule 88.10 shall be provided in a timely fashion in accordance with the dates scheduled by the magistrate judge.  Noncompliance may result in sanctions.  Any notice submitted pursuant to Federal Rule of Evidence 404(b) shall include a specific factual basis for the evidence sought to be introduced.

CASE NO.   17-20559-CR-ALTONAGA

3. **All motions filed shall be accompanied by a written statement certifying that counsel for the moving party has conferred with opposing counsel in a good faith effort to resolve by agreement the subject matter of the motion, where required by Local Rule 88.9.**

4. Counsel shall be prepared to conduct limited *voir dire* following the Court's questioning of the panel.  Prior to Calendar Call, counsel shall also file proposed *voir dire* questions.  Proposed jury instructions, in typed form, including substantive charges and defenses, shall be submitted to the Court prior to Calendar Call, in Word format, *via* e-mail to altonaga@flsd.uscourts.gov.  Instructions for filing proposed documents may be viewed at http://www.flsd.uscourts.gov.

5. Prior to **Calendar Call**, all counsel shall file lists of proposed witnesses and/or exhibits to be presented at trial.  All exhibits to be offered into evidence must be pre-labeled in accordance with the proposed exhibit list.  (Government exhibits are to be designated numerically; defense exhibits, alphabetically).

6. If any party seeks to introduce transcript(s) at the trial, such shall be exchanged with all counsel before the scheduled day of trial.  If a transcript cannot be agreed upon, each party shall be prepared to produce its own version for the trier of fact.

7. All anticipated Jencks Act[1] material shall be turned over to defense counsel not later than the morning of the first day of trial.  The material shall include a face sheet for defense counsel to sign and date, acknowledging receipt.

---

[1] 18 U.S.C. § 3500

CASE NO.   17-20559-CR-ALTONAGA

8. Upon receipt of this Order, defense counsel shall certify with the Court's courtroom deputy the necessity of an interpreter for the defendant. The parties are further instructed to notify the Court, at least 24 hours prior to any hearings or trial, if an interpreter is required.

9. Arrangements for appropriate clothing for defendants in custody must be made with the Bureau of Prisons at least **seven (7) days** prior to the scheduled trial date.

10. **The parties shall comply with Local Rule 88.5, requiring the filing of speedy trial reports every 20 days hereafter until the time of trial or plea.**

11. Local Rule 7.1(a)(2) requires that certain motions be accompanied by proposed orders; such proposed orders must be filed as attachments to the motions. **FURTHERMORE, PURSUANT TO THE CM/ECF ADMINISTRATIVE PROCEDURES, PROPOSED ORDERS SHALL BE SUBMITTED TO THE COURT BY E-MAIL IN WORD FORMAT AT** altonaga@flsd.uscourts.gov.

**DONE AND ORDERED** in Miami, Florida this 31st day of August, 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record

3