UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _17-20559 —CMA_

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Defendant. _Jatavia Shakara, Johnson_

## NEBBIA STIPULATION AND ORDER

On _Aug. 31, 2017_, the Honorable Jonathan Goodman, United States Magistrate Judge,

set conditions of release for Defendant _Jatavia Shakara J_, which included

a _Percentage bond of 10%  25,000_, and imposed a *Nebbia* requirement. The parties
(corporate surety bond) (percentage bond)

have agreed that the _Funds_ being used to satisfy the bond are
(funds and/or collateral)

from the following source(s) and are not illegally derived:

1. The collateral is _N/A_.
(provide address and owner of property, and relationship to defendant)

2. The _bond Money_ is being paid by
(premium for the bond/money being deposited into the registry of the Court)

_Akisha Scott_, who is _Ms Johnson's aunt_. The money was obtained from
(state relationship to defendant)

_earned income from Ms. Scott's business Endless Beauty Bar_
_located at 4600 NW 8th Ave Miami FL 33127_.
(source of funds—e.g. savings from employment withdrawn from the X Bank, home equity line of credit, etc.).

_Arun Ravindran_  |  _Trinity Jordan_
Counsel for Defendant  |  Counsel for Government
Dated: _8/31/2017_  |  Dated: _8/31/2017_

## ORDER

Based upon the stipulation of the parties and the information contained therein, the Court finds that

the *Nebbia* condition has been satisfied, and that the bond to secure the release of Defendant _Jatavia Shakara Johnson_

may be posted. DONE AND ORDERED on _8/31/17_ in Miami, Florida.

_____
JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE