UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20559-CR-ALTONAGA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JATAVIA SHAKARA JOHNSON,

    Defendants.

    _____/

## NOTICE OF APPEARANCE

The United States of America, by and through the undersigned, Assistant United States Attorney Adrienne E. Rosen, hereby files this Notice of Appearance as co-counsel for all forfeiture matters on behalf of the Plaintiff, United States of America, in the above-styled case.

    Respectfully submitted,

    BENJAMIN G. GREENBERG
    ACTING UNITED STATES ATTORNEY

By:    */s/Adrienne E. Rosen*
    Adrienne E. Rosen
    Assistant United States Attorney
    Court Id No. A5502297
    U.S. Attorney's Office
    99 Northeast Fourth Street, 7th Floor
    Miami, Florida 33132-2111
    Telephone: (305) 961-9338
    Facsimile: (305) 536-4089
    Adrienne.Rosen@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 4, 2017 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

> /s/ *Adrienne E. Rosen*
> Adrienne E. Rosen
> Assistant United States Attorney