UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   17-20559-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

      Plaintiff,
vs.

**JATAVIA SHAKARA JOHNSON**,

      Defendant.
_____/

## ORDER CONTINUING TRIAL

**THIS CAUSE** came before the Court on October 10, 2017 for calendar call, and upon the Defendant's *ore tenus* Motion to Continue Trial.  The Court has considered the Motion, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED in part**.  The interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial.  As a result, the period of delay resulting from this continuance – *i.e*., from the date the Motion was presented, October 10, 2017, to including the date trial commences – is excludable time under the Speedy Trial Act.  *See* 18 U.S.C. § 3161. The parties shall adhere to the following pre-trial and trial schedule:

    1.    All pre-trial motions and motions *in limine* must be filed by **October 13, 2017**.  Each party is limited to filing one motion *in limine*; if there is more than one Defendant, Defendants shall file a combined motion.  Motions *in limine* may exceed the page limits allowed by the Rules.

CASE NO.   17-20559-CR-ALTONAGA

2. The deadline for the tendering of guilty pleas is **October 20, 2017**. *See, e.g.*, *United States v. Gamboa*, 166 F.3d 1327, 1331 (11th Cir. 1999) (citing *United States v. Ellis*, 547 F.2d 863, 868 (5th Cir. 1977)).

3. Calendar call will be held on **Tuesday, October 24, 2017 at 9:00 a.m.** The case is set for **Jury Trial** during the two-week trial period that begins **October 30, 2017**.

**DONE AND ORDERED** in Miami, Florida, this 10th day of October, 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record