UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **17-20559-CR-ALTONAGA**

UNITED STATES OF AMERICA

vs.

JATAVIA SHAKARA JOHNSON,

      **Defendant.**
_____ /

## NOTICE OF APPEARANCE

COMES NOW, The United States of America, by and through the undersigned Assistant United States Attorney, noticing this Honorable Court that the undersigned Assistant U.S. Attorney has been assigned to the above captioned case.

      Respectfully submitted,

      BENJAMIN G. GREENBERG
      ACTING UNITED STATES ATTORNEY

By:   s/ Quinshawna Landon
      QUINSHAWNA LANDON
      Assistant United States Attorney
      Florida Bar ID No. 99835
      JLK Federal Justice Building
      99 Northeast 4th Street
      Miami, Florida 33132-2111
      Telephone: 305-961-9362
      Facsimile:  305-536-4699
      Email: Quinshawna.Landon@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the **25th** day of **October 2017**, the undersigned electronically filed the foregoing document, United States' Notice of Appearance, with the Clerk of the Court using CM/ECF.

                                              s/ Quinshawna Landon
                                              QUINSHAWNA LANDON
                                              Assistant United States Attorney