# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 17-CR-20559-ALTONAGA

UNITED STATES OF AMERICA

Plaintiff

v.

JATAVIA SHAKARA JOHNSON

Defendant

## GOVERNMENT'S WITNESS AND EXHIBIT LIST

| PRESIDING JUDGE Hon. Cecilia M. Altonaga | | PLAINTIFF'S ATTORNEY Joshua Rothstein & Quinshawna Landon | | | DEFENDANT'S ATTORNEY Julie Holt |
|---|---|---|---|---|---|
| TRIAL DATE(S) November 1, 2017 | | COURT REPORTER Stephanie McCarn | | | COURTROOM DEPUTY Patricia Snead |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 1 | | | | | Craig Caitlin, Vice President, Fraud Specialist Investigations, Synchrony Bank |
| 2 | | | | | Caiphus Palm, Gap Security |
| 3 | | | | | Michael Todd, Loss Prevention Officer, Nordstrom |
| 4 | | | | | Renee Evans (Victim) |
| 5 | | | | | Cheryl Conway (Victim) |
| 6 | | | | | Patricia Hudson (Victim) |
| 7 | | | | | Elvis Vazquez - Bello, Task Force Officer, HSI |
| | | | | | |
| 1 | | | | | Synchrony Bank Records for Accounts -1155; -3504; -1235 |
| 2 | | | | | Gap Receipt - 9/3/2016 - 5:56 PM |
| 3 | | | | | Gap Receipt - 9/3/2016 - 7:58 PM |
| 4 | | | | | Gap Receipt - 4/3/2017 - 6:42 PM |
| 5 | | | | | Gap Receipt - 4/3/2017 - 6:45 PM |
| 6 | | | | | Gap Receipt - 4/4/2017 - 2:10 PM |
| 7 | | | | | Gap Receipt - 4/4/17 - 2:53 PM |
| 8 | | | | | Gap Receipt - 4/4/17 - 8:48 PM |
| 9 | | | | | Certified David Record - Jatavia Shakara Johnson |
| 10 | | | | | Gap Video Surveillance (4/3/2017 & 4/4/2017) (DISC) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 11/2002) Exhibit and Witness List - continuation

## WITNESS AND EXHIBIT LIST - CONTINUATION

| PLAINTIFF<br>UNITED STATES OF AMERICA | | | | VS. | DEFENDANT<br>JATAVIA SHAKARA JOHNSON | CASE NO.<br>17-CR-20559-ALTONAGA |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 11A | | | | | Gap Surveillance Photographs (4/3/2017) | |
| 11B | | | | | Gap Surveillance Photographs (4/4/2017) | |
| 11C | | | | | Gap Surveillance Photographs (4/4/2017) | |
| 11D | | | | | Gap Surveillance Photographs (4/4/2017) | |
| 11E | | | | | Gap Surveillance Photographs (4/4/2017) | |
| 12 | | | | | Nordstrom's Rack Receipt (6/16/2017) | |
| 13 | | | | | Nordstrom Receipt (6/16/2017) | |
| 14 | | | | | Nordstrom Video Surveillance (6/16/2017) (DISC) | |
| 15 | | | | | Nordstrom Surveillance Photograph (6/16/2017) | |