IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17- CR-20559-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JATAVIA JOHNSON,

    Defendant.
_____/

## PERMANENT NOTICE OF APPEARANCE

The undersigned attorney, SAAM ZANGENEH, ESQ., files this Notice of Appearance on behalf of the Defendant, JATAVIA JOHNSON, for trial and all proceedings in the District Court, and respectfully requests that all notices of Court hearings and pleadings are served upon undersigned counsel.

Respectfully submitted,

SAAM ZANGENEH, P.A.
14 Northeast 1st Avenue, Suite 300
Miami, Florida 33132
Telephone:  (305) 441-2333
Facsimile:  (305) 908-8693
Email:  saam@zangenehlaw.com

/s/  *Saam Zangeneh*
By:  Saam Zangeneh, Esq.
     Fla. Bar No.: 526721

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed this 27th day of October, 2017, with the Clerk of Court through CM/ECF.

/s/   *Saam Zangeneh*
Saam Zangeneh, Esq.