IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CR-20559-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JATAVIA JOHNSON,

    Defendant.
_____/

## OPPOSED MOTION TO CONTINUE TRIAL

COMES NOW, the Defendant, JATAVIA JOHNSON, by and through Her undersigned attorney, and moves this Honorable Court to enter an order continuing the Trial in the above-captioned matter and as grounds states the following:

1. This matter is scheduled for the trial period beginning on Monday, October 30, 2017.

2. Undersigned counsel was just retained to represent the defendant and needs additional time to review the discovery.

3. Undersigned counsel would request that the matter be briefly continued and reset in two weeks.

4. Undersigned counsel has conferred with Assistant United States Attorney Joshua Rothstein and he objects to continuance requested herein.

5. This motion is filed in good faith and not for the purpose of delay.

WHEREFORE, the Defendant, JATAVIA JOHNSON, respectfully requests that this Honorable Court enter an order continuing Trial in the above-styled cause.

Respectfully submitted,

SAAM ZANGENEH, P.A.
14 Northeast 1st Avenue, Suite 300
Miami, Florida 33132
Telephone:     (305) 441-2333
Facsimile:      (305) 908-8693
Email:            saam@zangenehlaw.com

/s/   *Saam Zangeneh*
By:   Saam Zangeneh, Esq.
        Fla. Bar No.:   526721

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed this 27th day of October, 2017, with the Clerk of Court through CM/ECF.

/s/   *Saam Zangeneh*
Saam Zangeneh, Esq.