UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20559-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**JATAVIA SHAKARA JOHNSON**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on October 30, 2017 for a hearing on Defendant, Jatavia Shakara Johnson's Opposed Motion to Continue Trial [ECF No. 27]. At the hearing, Defendant advised the case would be resolved by change of plea. Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion is **DENIED as moot**. This matter is set for change of plea hearing on **Thursday, November 9, 2017 at 11:30 a.m.** At the conclusion of the hearing, the parties will be advised of the date of the sentencing hearing. Counsel are informed that defendants are expected to voluntarily surrender the date of sentencing should their sentences include incarceration. Extended surrender will not be considered unless a defendant is actively cooperating with the Government and the Government requests an extension of a defendant's surrender date.

**DONE AND ORDERED** at Miami, Florida, this 30th day of October, 2017.

                                                  _____
                                                **CECILIA M. ALTONAGA**
                                                **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record