UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-CR-20559-ALTONAGA

UNITED STATES OF AMERICA,

v.

JATAVIA SHAKARA JOHNSON,

    Defendant.
_____/

## FACTUAL PROFFER

The United States of America and Jatavia Shakara Johnson ("Defendant") agree that had this case gone to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

On September 3, 2016, the Defendant added herself to the Old Navy Visa credit card account number ending in -1235, issued to victim "R.E." Victim R.E. lives in Ohio and has never been to Florida. On September 3, 2016, at 5:56 PM, at a GAP in Miami, Florida, the Defendant purchased 12 items, totaling $304.54, using the credit card account ending in -1235. Later that day, at 7:58 PM at a GAP in Doral, Florida, the Defendant purchased eight (8) items, totaling $710.23, using the credit card account number ending in -1235.

On April 3, 2017, at 6:42 PM, at a GAP in Aventura, Florida, the Defendant purchased 20 items, totaling $683.41, using the credit card account number ending in -3504, belonging to Victim "C.C." Minutes later, at 6:45 PM, at the same GAP in Aventura, Florida, the Defendant purchased four (4) $500 gift cards, totaling $2000, using the credit card account number ending in -3504. On April 4, 2017, at 2:10 PM, at a GAP in Hialeah, Florida, the Defendant purchased 8 items, including a $500 gift card, totaling $959.92, using the credit card account number ending in

1

-3504. Less than an hour later, at 2:53 PM, at a GAP in Miami, Florida, the Defendant purchased 8 items, including two (2) $500 gift cards, totaling $1015.99, using the credit card account number ending in -3504. Later that evening, at 8:48 PM, at a GAP in Miami, Florida, the Defendant purchased 7 items, including one (1) $500 gift card, totaling $1039.90, using the credit card account number ending in -1155, belonging to victim "P.H."

Law enforcement spoke with victim C.C. who stated that he/she did not know the Defendant and had not authorized her to use his/her credit card account number. The Defendant knew that the credit card account number belonged to a real person, specifically, C.C.

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

Date: 11/9/17    By: _____
                     JOSHUA S. ROTHSTEIN
                     ASSISTANT UNITED STATES ATTORNEY

Date: 11/9/17    By: _____
                     SAAM ZANGENEH
                     ATTORNEY FOR DEFENDANT

Date: 11/9/12    By: _____
                     JATAVIA SHAKARA JOHNSON
                     DEFENDANT

2