IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CR-20559-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JATAVIA JOHNSON,

    Defendant.
_____/

## MOTION FOR PERMISSION TO TRAVEL

COMES NOW, the Defendant, JATAVIA JOHNSON, by and through her undersigned counsel, and respectfully moves this Court to enter an order authorizing the defendant to travel outside the Southern District of Florida and as grounds therefore, states the following:

1. On November 9, 2017, the Defendant plead guilty to Count 4 of the Indictment, Aggravated Identity Theft.

2. The Defendant is set to be sentenced on January 19, 2018, at 10:00 am.

3. The Defendant is a performing artist and is seeking the Court's permission to perform at Silver Fox in Jacksonville, Florida, on December 30, 2017; at Magic City in Atlanta, Georgia on December 31, 2017; at Blue Fame in Atlanta, Georgia on January 1, 2018; at Coco's Night Club in Daytona Beach, Florida on January 13, 2018; and at Moon Night Club in Tallahassee, Florida on January 27, 2018.

4. Undersigned counsel has conferred with Assistant United States Attorney

Joshua Rothstein and he has no objection to the relief requested herein as long as the Defendant's Pre-Trial Release Officer has no objection.

5. Undersigned counsel contacted United States Pretrial Officer Gavin Churchill and he has no objection to the Defendant traveling.

WHEREFORE, it is respectfully requested that the Court enter an order permitting the defendant to travel outside of the Southern District of Florida.

Respectfully submitted,

SAAM ZANGENEH, P.A.
14 Northeast 1st Avenue, Suite 300
Miami, Florida 33132
Telephone:   (305) 441-2333
Facsimile:    (305) 908-8693
Email:          saam@zangenehlaw.com

/s/    *Saam Zangeneh*
By:   Saam Zangeneh, Esq.
        Fla. Bar No.:   526721

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed this 21st day of December, 2017, with the Clerk of Court through CM/ECF.

/s/    *Saam Zangeneh*
Saam Zangeneh, Esq.