UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20559-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**JATAVIA SHAKARA JOHNSON**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on Defendant, Jatavia Johnson's Motion for Permission to Travel [ECF No. 37]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **DENIED**, unless the restitution indicated in the Presentence Investigation Report [ECF No. 36] is first paid.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of December, 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record