IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CR-20559-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JATAVIA JOHNSON,

    Defendant.
_____/

### MOTION FOR RECONSIDERATION

COMES NOW, the Defendant, JATAVIA JOHNSON, by and through her undersigned counsel, and respectfully moves this honorable court to reconsider its denial of the Defendant's Unopposed Motion to Travel and as grounds therefore, states the following:

1. On December 21, 2017, the undersigned counsel filed an Unopposed Motion for Permission to Travel on behalf of the Defendant.

2. The Court entered an order (D.E. #38) denying the Defendant's request unless the restitution in the Presentence Investigation Report (D.E. #36) is paid first.

3. The Presentence Investigation Report addresses restitution on paragraph 67 of the report. Paragraph 67 states that the losses are not yet ascertainable. The Defendant will be unable to satisfy the Court's requirements at this time since the Department of Probation is unable to determine the restitution amount.

4. As we stated in our original motion, the travel requests are to enable the Defendant to travel for work purposes. She recently was signed by a record

label and the travel will enable her to promote herself and her music. The money that the Defendant will make and the potential future earnings based on her recent success and her promotion of her music will be used to satisfy the restitution order when it is presented.

WHEREFORE, it is respectfully requested that the Court remove the current requirement for the above-captioned reasons and allow the Defendant to travel.

Respectfully submitted,

SAAM ZANGENEH, P.A.
14 Northeast 1st Avenue, Suite 300
Miami, Florida 33132
Telephone:   (305) 441-2333
Facsimile:    (305) 908-8693
Email:          saam@zangenehlaw.com

/s/    *Saam Zangeneh*
By:   Saam Zangeneh, Esq.
        Fla. Bar No.:   526721

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed this 22nd day of December, 2017, with the Clerk of Court through CM/ECF.

/s/    *Saam Zangeneh*
Saam Zangeneh, Esq.