IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CR-20559-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JATAVIA JOHNSON,

    Defendant.

_____/

**MOTION FOR CLARIFICATION**

COMES NOW, the Defendant, JATAVIA JOHNSON, by and through her undersigned counsel, and respectfully moves this Court to enter an order clarifying the Defendant's restitution amount and as grounds therefore, states the following:

1. On December 21, 2017, the Defendant filed a Motion for Permission to Travel.

2. The motion was denied with the caveat that the Defendant first pay her restitution.

3. The Defendant's Pre-Sentence Investigation Report did not include a restitution amount and therefore, the undersigned counsel filed a Motion for Reconsideration. However, the motion was also denied.

4. Undersigned counsel has since attempted to contact Elizabeth Robbert, the Probation Officer who generated the Pre-Sentence Investigation Report, in order to obtain a restitution amount but she will be out of her office until January 2, 2018.

5. Undersigned counsel also attempted to contact the Defendant's current Pretrial Officer, Gavin Churchill, but was unable to reach him.

6. The Defendant wishes to comply with the Court's order and has all the intention to pay the pending restitution but she is requesting the Court's guidance as to who can give her the exact amount.

WHEREFORE, it is respectfully requested that the Court enter an order clarifying the pending restitution amount in the above-captioned matter.

Respectfully submitted,

SAAM ZANGENEH, P.A.
14 Northeast 1st Avenue, Suite 300
Miami, Florida 33132
Telephone:  (305) 441-2333
Facsimile:  (305) 908-8693
Email:  saam@zangenehlaw.com

/s/   *Saam Zangeneh*
By:  Saam Zangeneh, Esq.
     Fla. Bar No.:  526721

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed this 28th day of December, 2017, with the Clerk of Court through CM/ECF.

/s/   *Saam Zangeneh*
Saam Zangeneh, Esq.