UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20559-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**JATAVIA SHAKARA JOHNSON**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on Defendant's Motion for Clarification [ECF No. 41]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **DENIED**, as there is nothing in the Court's prior Order that requires clarification. Perhaps Defendant should review the Factual Proffer [ECF No. 33] if she is in continuing doubt about the amounts of money owed and who the victims are.

**DONE AND ORDERED** in Miami, Florida, this 28th day of December, 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record