IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CR-20559-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JATAVIA JOHNSON,

    Defendant.
_____/

## MOTION FOR RECONSIDERATION

COMES NOW, the Defendant, JATAVIA JOHNSON, by and through her undersigned counsel, and respectfully moves this Court to enter an order reconsidering the Defendant's request to travel and as grounds therefore, states the following:

1. On December 21, 2017, the Defendant filed a Motion for Permission to Travel. However, the motion was denied with the caveat that the Defendant first pay her restitution.

2. On December 28, 2017, the Defendant filed a Motion for Clarification regarding the restitution amount.

3. As directed by the Court, the Defendant referred to the Factual Proffer and determined that the restitution amount is Six Thousand Seven Hundred Thirteen Dollars and Ninety-Nine Cents ($6,713.99).

4. The Defendant personally went to the Clerk's Office this morning with the full amount in cash to pay her restitution. However, the Clerk, Vernice Thomas, did not accept the restitution payment since there is no "Judgment

and Commitment" on file for the above-captioned matter.

5. The Defendant has since turned over the funds to the undersigned counsel to hold in trust until the Court issues an order regarding the restitution.

WHEREFORE, it is respectfully requested that since the Defendant attempted to comply with the Court's order but payment was not accepted by the Clerk and in the alternative was given to undersigned counsel to hold in trust, that the Court enter an order reconsidering her request to travel.

Respectfully submitted,

SAAM ZANGENEH, P.A.
14 Northeast 1st Avenue, Suite 300
Miami, Florida 33132
Telephone:   (305) 441-2333
Facsimile:    (305) 908-8693
Email:          saam@zangenehlaw.com

/s/   *Saam Zangeneh*
By:   Saam Zangeneh, Esq.
       Fla. Bar No.: 526721

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed this 29th day of December, 2017, with the Clerk of Court through CM/ECF.

/s/   *Saam Zangeneh*
Saam Zangeneh, Esq.