UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  17-20559-CR-ALTONAGA

UNITED STATES OF AMERICA,

> Plaintiff,

v.

JATAVIA SHAKARA JOHNSON,

> Defendant.

_____/

## ORDER

THIS CAUSE came before the Court on Defendant's Motion for Reconsideration [ECF No. 43], filed on December 29, 2017.  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **DENIED**.  The Clerk of Court is instructed to accept and hold payment by Defendant to apply toward restitution once the Judgment is entered.

**DONE AND ORDERED** in Miami, Florida, this 29th day of December, 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record