IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CR-20559-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JATAVIA JOHNSON,

    Defendant.

_____/

## MOTION TO CONTINUE SENTENCING

COMES NOW, the Defendant, JATAVIA JOHNSON, by and through her undersigned attorney, and moves this Honorable Court to enter an order continuing the Sentencing in the above-captioned matter and as grounds states the following:

1. On November 9, 2017, the Defendant plead guilty to Count 4 of the Indictment: Aggravated Identity Theft and has already prepaid the Restitution which is being held in the Clerk's Register.

2. The matter is set for Sentencing on Friday, January 19, 2018, at 10:00 am.

3. The undersigned counsel was recently surprised by his girlfriend with a trip to Aruba for their four-year anniversary from Friday, January 19th through Sunday, January 21st *(See attached hereto as Exhibit A- Travel Itinerary).*

4. Undersigned counsel will be in Osceola, Florida, on January 23rd *(State vs. Erick Perez, Case No. 17CF3433A)* and on a federal matter in Bogota, Colombia, from January 24th though January 26th.

5. Based on the aforementioned, the undersigned would request that the matter be briefly continued for the week of January 29th.

6. Undersigned counsel conferred with Assistant United States Attorney Joshua Rothstein and he has no objection.

7. This motion is filed in good faith and not for the purpose of delay.

WHEREFORE, the Defendant, JATAVIA JOHNSON, respectfully requests that this Honorable Court enter an order continuing the Sentencing in the above-styled cause.

        Respectfully submitted,

        SAAM ZANGENEH, P.A.
        14 Northeast 1st Avenue, Suite 300
        Miami, Florida 33132
        Telephone:  (305) 441-2333
        Facsimile:  (305) 908-8693
        Email:  saam@zangenehlaw.com

/s/ *Saam Zangeneh*
By:  Saam Zangeneh, Esq.
     Fla. Bar No.:   526721

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed this 12th day of January, 2018, with the Clerk of Court through CM/ECF.

/s/ *Saam Zangeneh*
Saam Zangeneh, Esq.