# Your flights

**Upcoming travel**     **Check in online**     **Check flight status**

---

**Fri, Jan 19**     Fort Lauderdale, FL (FLL) → Aruba (AUA)
+1 more flight

Confirmation code **#FBITIJ** | Status: **Confirmed**   Check in

Manage flight

**Depart: Friday, January 19, 2018**

| FLIGHT | ROUTE | DEPART | ARRIVE | Confirmed |
|---|---|---|---|---|
| **1411** (320) | FLL → AUA | **11:08 AM** | **3:04 PM** | Duration: **2h 56min** |

**Return: Sunday, January 21, 2018**

| FLIGHT | ROUTE | DEPART | ARRIVE | Confirmed |
|---|---|---|---|---|
| **1412** (320) | AUA → FLL | **4:04 PM** | **6:15 PM** | Duration: **3h 11min** |

**Thu, Dec 28**     Fort Lauderdale, FL (FLL) → San Francisco, CA (SFO)
+1 more flight

Confirmation code **#XBRZPM** | Status: **Confirmed**   Check in

Manage flight

**Thu, Dec 28**     San Francisco, CA (SFO) → Fort Lauderdale, FL (FLL)
+1 more flight

Confirmation code **#TDMDEL** | Status: **Confirmed**   Check in

Manage flight

## Link an itinerary to your TrueBlue account

If you purchased a flight without using your TrueBlue number or before you were a TrueBlue member, you can link that itinerary to your account to earn points when you fly. Request any missing points for completed travel within the past 12 months.

Link an itinerary to my TrueBlue account