UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20559-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**JATAVIA SHAKARA JOHNSON**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on Defendant, Jatavia Shakara Johnson's Motion to Continue Sentencing [ECF No. 45]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant's sentencing hearing is reset for **Monday, January 29, 2018 at 8:30 a.m.** Counsel are reminded that Defendant is expected to voluntarily surrender on the date of sentencing should her sentence include incarceration. Extended surrender will not be considered unless the Defendant is actively cooperating with the Government and the Government requests an extension of the Defendant's surrender date.

**DONE AND ORDERED** in Miami, Florida, this 12th day of January, 2018.

_[signature]_
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record