IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CR-20559-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JATAVIA JOHNSON,

    Defendant.
_____/

## EMERGENCY MOTION FOR PERMISSION TO TRAVEL

COMES NOW, the Defendant, JATAVIA JOHNSON, by and through her undersigned counsel, and respectfully moves this Court to enter an order authorizing the defendant to travel outside the Southern District of Florida and as grounds therefore, states the following:

1. On November 9, 2017, the Defendant plead guilty to Count 4 of the Indictment, Aggravated Identity Theft and has prepaid the restitution which is being held in the Clerk's registry.

2. The Defendant is set to be sentenced on January 29, 2018, at 8:30 am.

3. The Defendant is a performing artist and is seeking the Court's permission to perform at Compound in Atlanta, Georgia on January 16, 2018 and at Moon Night Club in Tallahassee, Florida on January 27, 2018.

4. The Defendant was just hired and advised of this evening's performance along with scheduled interviews for tomorrow. Should she be granted permission, she will return to South Florida on Thursday, January 18, 2018.

5. Undersigned counsel has conferred with Assistant United States Attorney Joshua Rothstein and he has no objection.

6. Undersigned counsel discussed the previously filed Motion for Permission to Travel with United States Pretrial Officer Gavin Churchill and he had no objection. However, undersigned counsel attempted to contact him but was unable to reach him to discuss the instant motion and since it is a time sensitive matter, the motion was filed without his position.

WHEREFORE, it is respectfully requested that the Court enter an order permitting the defendant to travel outside of the Southern District of Florida.

Respectfully submitted,

SAAM ZANGENEH, P.A.
14 Northeast 1st Avenue, Suite 300
Miami, Florida 33132
Telephone:    (305) 441-2333
Facsimile:     (305) 908-8693
Email:           saam@zangenehlaw.com

/s/   *Saam Zangeneh*
By:   Saam Zangeneh, Esq.
        Fla. Bar No.: 526721

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed this 16th day of January, 2018, with the Clerk of Court through CM/ECF.

/s/   *Saam Zangeneh*
Saam Zangeneh, Esq.