**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 17-20559-CR-ALTONAGA**

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**JATAVIA SHAKARA JOHNSON**,

    Defendant.
_____/

**ORDER**

THIS CAUSE came before the Court on Defendant's Emergency Motion for Permission to Travel [ECF No. 48]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant is permitted to travel to Atlanta Georgia on January 16, 2018, and shall return by January 18, 2018. Defendant shall provide all required documentation, as well as her itinerary, to the U.S. Pretrial Services Officer prior to leaving this District, and abide by all requirements imposed by the U.S. Probation Office.

**DONE AND ORDERED** in Miami, Florida, this 16th day of January, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record