UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20559-CR-ALTONAGA

UNITED STATES OF AMERICA

       Plaintiff,

vs.

JATAVIA SHAKARA JOHNSON,

       Defendant.
_____/

## UNITED STATES' NOTICE ON FORFEITURE

The United States of America, by and through the undersigned, Assistant United States Attorney Adrienne E. Rosen, hereby gives notice pursuant to Federal Rule of Criminal Procedure 32.2 that the United States will not be seeking forfeiture of property at this time. No specific property has been identified for judicial forfeiture in this case.

    Respectfully submitted,

    BENJAMIN G. GREENBERG
    UNITED STATES ATTORNEY

By:    /s/Adrienne E. Rosen
    Adrienne E. Rosen
    Assistant United States Attorney
    Court ID No. A5502297
    U.S. Attorney's Office
    99 Northeast Fourth Street, 7th Floor
    Miami, Florida 33132-2111
    Telephone: (305) 961-9338
    Facsimile: (305) 536-4089
    Adrienne.Rosen@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 23, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                            */s/Adrienne E. Rosen*
                                            Adrienne E. Rosen
                                            Assistant United States Attorney