UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20559-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**JATAVIA JOHNSON**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on Defendant's Motion to Delay Surrender [ECF No. 53]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant shall surrender as directed by the U.S. Marshal on **June 29, 2018**.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of June, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record